UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES – GENERAL

| Case No. | 2:23-cv-10680-ODW (Ex) | Date | April 15, 2024 |
|---|---|---|---|
| Title | *Jie Huang v. Alejandro Mayorkas et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**         **In Chambers**

On March 25, 2024, the Court ordered Plaintiff to show cause why the Court should not dismiss this action for Plaintiff's failure to serve the Complaint within the Rule 4(m) period. The Court noted that "[f]ailure to timely respond to this Order may result in the dismissal of the action without further warning." The Court has received no response from Plaintiff to the Court's OSC. Accordingly, the Court **DISMISSES** this action without prejudice. *See* Fed. R. Civ. Proc. 4(m).

                                                                    : 00

Initials of Preparer    SE